## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JOSEPH PETRALIA,**

     **Plaintiff,**

**v.**                                                     **Case No: 5:13-cv-91-Oc-PRL**

**COMMISSIONER OF SOCIAL
SECURITY**

     **Defendant.**

_____

### ORDER

     This matter is before the Court upon periodic review. Plaintiff filed his Complaint on February 22, 2013. (Doc. 1). On April 23, 2013, the Commissioner filed an answer to the Complaint. (Doc. 14). Pursuant to the Court's Scheduling Order (Doc. 16), and the Court's prior Order granting Plaintiff an extension of time (Doc. 23), Plaintiff's memorandum in support of his position was due by September 26, 2013. Upon a review of the docket, it appears that Plaintiff's memorandum has not been filed.

     Accordingly, Plaintiff shall have until **December 16, 2013** to file his memorandum in support of his position, failing which this case may be dismissed without further notice for failure to prosecute pursuant to Local Rule 3.10(a). If Plaintiff files his memorandum, the Commissioner is directed to file his memorandum in response within sixty (60) days.

     **DONE** and **ORDERED** in Ocala, Florida on December 2, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties